| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
| | ) | |
| v. | ) | CASE NO. 1:13-CR-89 |
| | ) | |
| RODNEY HARRIS | ) | |

**O R D E R**

On January 21, 2014, Magistrate Judge William B. Mitchell Carter filed a Report and

Recommendation recommending (a) the Court accept Defendant's plea of guilty to the lesser

included offense in Count One of the Indictment, conspiracy to distribute a mixture and substance

containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title

21, U.S.C. §§ 846, 841(a)(1) and (b)(1)(C), in exchange for the undertakings made by the

government in the written plea agreement; (b) the Court adjudicate Defendant guilty of the charges

set forth in the lesser included offense in Count One of the Indictment; (c) that a decision on

whether to accept the plea agreement be deferred until sentencing; and (d) Defendant shall remain

in custody pending sentencing in this matter (Doc. 185).   Neither party filed an objection within

the given fourteen days.   After reviewing the record, the Court agrees with the magistrate judge's

report and recommendation.   Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate

judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to the lesser included offense in Count One of the Indictment,

in exchange for the undertakings made by the government in the written plea agreement, is

**ACCEPTED**;

1

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in the lesser included offense in Count One of the Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Monday, April 28, 2014, at 9:00 am**.

**SO ORDERED.**

**ENTER:**

_____/s/ Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE