UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:13-cr-89 |
| vs. | ) | |
| | ) | JUDGE MATTICE |
| RODNEY HARRIS | ) | |

MEMORANDUM AND ORDER

     RODNEY HARRIS ("Defendant") appeared for an initial appearance before the undersigned on January 13, 2016, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision ("Petition").

     After being sworn in due form of law, the Defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

     The Court determined that Defendant wished to be represented by an attorney and that he qualified for the appointment of an attorney to represent him at government expense. Consequently, the Court APPOINTED Federal Defender Services of Eastern Tennessee, Inc. to represent Defendant. Defendant was furnished with a copy of the Petition and the Warrant for Arrest, and had an opportunity to review those documents with his attorney. The Court determined that Defendant was capable of being able to read and understand the documents.

     The Defendant waived his right to a preliminary hearing and detention hearing.

     The Government moved Defendant be detained pending a hearing to determine whether his term of supervision should be revoked.

Findings

(1) Based upon the Petition and Defendant's waiver of preliminary hearing and detention hearing, the undersigned finds there is probable cause to believe the Defendant has committed violations of his conditions of supervised release as alleged in the Petition.

1

Conclusions

It is ORDERED:

(1) The Defendant shall appear in a revocation hearing before U.S. District Judge Harry S. Mattice, Jr.

(2) The motion of the Government that Defendant be DETAINED WITHOUT BAIL pending his revocation hearing before Judge Mattice is GRANTED.

(3) The U.S. Marshal shall transport Defendant to a revocation hearing before Judge Mattice on **Monday, February 1, 2016, at 2:00 pm.**

ENTER.

s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE

2

Case 1:13-cr-00089-HSM-CHS   Document 869   Filed 01/15/16   Page 2 of 2   PageID #: 13761